Randolph Hunt ,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        3:12-cv-00535-FDW

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/5/2012 Order.

Signed: October 5, 2012

Frank G. Johns, Clerk
United States District Court