# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Randolph Hunt ,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                          3:12-cv-00535-FDW

USA,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/5/2012 Order.

                                                 Signed: October 5, 2012

                                                 Frank G. Johns, Clerk
                                                 United States District Court